In the Matter of the Application of MICHAEL FLYNN, Respondent, for an Order of Certiorari against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals, Defendants, Appellants, and FUERST HOLDING CORPORATION, Intervenor, Defendant, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent against the intervenor appellant. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

VERINDA BROWN, in Her Own Behalf and in Behalf of All Other Members or Former Members of the FATHER DIVINE PEACE MISSION, Similarly Situated, Respondent, v. FATHER DIVINE (Also Known as MAJOR J. DIVINE, Reverend M. J. DIVINE, and GEORGE BAKER), Individually and as President or Other Executive Head of the Father Divine Peace Mission, an Unincorporated Association, and Others, Appellants, Impleaded with Another, Defendant, and VERINDA BROWN, etc., Respondent, v. CHARLOTTE BECKER and Others, Appellants, Impleaded with Others, Defendants.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants who have not already answered to answer within twenty days after service of order upon payment of said costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ. [See 163 Misc. 796.]

GEORGE McLEOD BAYNES, Respondent, v. ATLANTIC FILM PRODUCTIONS, LIMITED, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to appear generally and answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ST. PAUL MERCURY INDEMNITY COMPANY OF SAINT PAUL, a Delaware Corporation, Authorized to Do Business in New York State, Respondent, v. OSCAR HEYMAN & BROTHERS, INC., and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

WILLIAM GROSSMAN, Appellant, v. BROOKLYN & QUEENS TRANSIT CORP., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

HELEN WALLACE, Respondent, v. LESTER R. KOHLER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to appear generally and answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MARK DENTON, Appellant, v. DANIEL JONES, INC., Respondent.— Order unanimously modified by providing (1) that if plaintiff is without present knowledge of any of the particulars sought he may state such lack of knowledge under oath in lieu thereof, and (2) that if an examination of the defendant should at any time be granted the defendant shall have leave to renew the motion for a further bill of particulars after the completion of said examination, and as so modified affirmed, without costs. The bill of particulars to be served within thirty days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.